```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS
```

_____
                                   )
UNITED STATES OF AMERICA           )
                                   )
v.                                 )   CR. NO. 15-10383-WGY
                                   )
OBINNA OBIORA                      )
_____)

## DEFENDANT'S NOTICE OF APPEAL

Now comes the defendant and gives notice of appeal from all findings of fact, rulings of law, orders, during pretrial and throughout the trial, the jury verdict and the sentence issued on May 24, 2017 and judgment of the Court which was docketed on June 2, 2017.

                                         The Defendant
                                         By his attorney,

                                         */s/ James B. Krasnoo*
                                         James B. Krasnoo
                                         (BBO# 279300)
                                         Krasnoo, Klehm and Falkner LLP
                                         28 Andover Street, Suite 240
                                         Andover, MA  01810
                                         (978) 475-9955

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on June 2, 2017.

                                           */s/ James B. Krasnoo*

James B. Krasnoo