# United States Court of Appeals
## For the First Circuit

---

No. 17-1569

UNITED STATES OF AMERICA,

Appellee,

v.

OBINNA OBIORA,

Defendant, Appellant.

---

### JUDGMENT

Entered: December 11, 2018

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: Obinna Obiora's conviction and sentence are affirmed.


By the Court:

Maria R. Hamilton, Clerk


cc: Benjamin Brooks, Cynthia A. Young, Randall Ernest Kromm, Leah Belaire Foley, Eric Rosen & Obinna Obiora.